United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4                                              ,        Case No. _____

5            Plaintiff(s),

6        v.                                             **APPLICATION FOR ADMISSION OF
                                                        ATTORNEY PRO HAC VICE**
7                                              ,        (CIVIL LOCAL RULE 11-3)

8            Defendant(s).

9

10       I, _____, an active member in good standing of the bar of

11    _____, hereby respectfully apply for admission to practice pro hac

12    vice in the Northern District of California representing: _____ in the

13    above-entitled action. My local co-counsel in this case is _____, an

14    attorney who is a member of the bar of this Court in good standing and who maintains an office

15    within the State of California.  Local co-counsel's bar number is: _____.

16

17    _____        _____
      MY ADDRESS OF RECORD                LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18

19    _____        _____
      MY TELEPHONE # OF RECORD            LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20    _____        _____
      MY EMAIL ADDRESS OF RECORD          LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23    another State or the District of Columbia, as indicated above; my bar number is: _____.

24       A true and correct copy of a certificate of good standing or equivalent official document

25    from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court _____ times in the 12 months

27    preceding this application.

28

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _____

                    APPLICANT

5

6

7

8                ORDER GRANTING APPLICATION

9         FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17

18           UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021    2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 23, 2010**, said Court being the highest Court of Record in said Commonwealth:

## Anthony Paronich

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twelfth** day of **December**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County