Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOWEB, INC.<br><br>*Defendant.* | Case No. 4:26-cv-00039-YGR |

### NOTICE REGARDING LOCAL COUNSEL IDENTIFICATION AND BAR NUMBER FOR CM/ECF PURPOSES

Plaintiff files this Notice regarding the Court's Notice of Electronic Filing dated January 5, 2026, indicating an electronic filing error for the Pro Hac Vice application (Dkt. 4), based on (1) an incorrect local counsel bar number and (2) the case number prefix listed as "3" instead of "4."

The Plaintiff has refiled the application using the prefix listed as "4" and apologizes for the oversight.

With respect to the incorrect local counsel bar number, from the Plaintiff's counsel's review, it does not appear that the Northern District of California issues a separate "local bar

number" to attorneys admitted to practice before this Court. Instead, attorneys are identified in the Court's Attorney Bar Admission Status Lookup system by name and admission status. As reflected in the Court's Attorney Bar Admission Status Lookup for Dana James Oliver, the entry lists her status as Active, but contains no bar number field populated for the Court. A true and correct copy of that lookup page is attached as Exhibit 1.

Accordingly, Mr. Oliver has used his California State Bar Number (291082) for all identification purposes when filing in this Court, which is Mr. Oliver's current bar number as indicated below:

**Attorney Profile**

**Dana J Oliver #291082**

License Status: Active

Address: Oliver Law Center, Inc., 8780 19th St, # 559, Rch Cucamonga, CA 91701-4608
Phone: 855-384-3262 | Fax: 888-570-2021
Email: dana@danaoliverlaw.com | Website: www.oliverlawcenter.com
More about This Attorney ▾

**License Status, Disciplinary and Administrative History**

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's policy on removal of administrative actions. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 8/21/2013 | Admitted to the State Bar of California | | |

Plaintiff therefore submits this Notice to clarify that the bar number being used for Local Counsel is his California State Bar Number, which was the same number utilized in the complaint, and that the NDCA attorney lookup reflects an Active admission status without a separate NDCA-issued bar number.

Should the Court, the Clerk's Office, or the Attorney Admissions Unit require any additional documentation or clarification regarding local counsel's admission status or the appropriate identifying number for CM/ECF purposes, Plaintiff and undersigned counsel will

CLASS ACTION COMPLAINT
-2-

promptly provide it.

DATED this 6th day of January, 2026.

**PLAINTIFF**, individually and on behalf of all others similarly situated,

By: */s/ Dana Oliver*

    Anthony I. Paronich, *Subject to Pro Hac Vice*
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*