# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **CHET MICHAEL WILSON, individually and on behalf of all others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 4:26-cv-00039-YGR ) ) ) **AUTOWEB, INC.** ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AUTOWEB, INC. in Sacramento County, CA on January 14, 2026 at 12:38 pm at 555 Capitol Mall, Ste 1150, Sacramento, CA 95814-4512 by leaving the following documents with Louis L. (refused last name) who as Intake Specialist at REGISTERED AGENT SOLUTIONS, INC. is authorized by appointment or by law to receive service of process for AUTOWEB, INC..

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Race: Asian, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.5792,-121.5008616667
Photograph: See Exhibit 1

Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Sacramento County  ,
  CA   on   1/15/2026  .

/s/ *Mariah Gutierrez*

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028

