1
2     **UNITED STATES DISTRICT COURT**
      **NORTHERN DISTRICT OF CALIFORNIA**
3
4  | CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 4:26-cv-00039-YGR |
5
6  | Plaintiff, | **FIRST JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
7  | v. | |
8  | AUTOWEB, INC., | |
9
10 | Defendant. | |
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to Local Rule 6-1 and 7-12, Plaintiff Chet Michael Wilson and Defendant
2   Autoweb, Inc. stipulate and declare as follows:
3   WHEREAS, Plaintiff filed his complaint on January 4, 2026;
4   WHEREAS, Plaintiff served the Complaint on January 14, 2026 (ECF No. 12);
5   WHEREAS, the parties are currently exchanging informal discovery to further assess the
6   claims and defenses in this matter;
7   WHEREAS, the parties have sought no previous extensions;
8   WHEREAS, the proposed extension "will not alter the date of any event or deadline already
9   fixed by Court order" under Local Rule 6-1(a).
10   NOW THEREFORE, Plaintiff and Defendant hereby stipulate as follows:
11   The deadline for Defendant to respond to the Complaint will be February 25, 2026.

Dated:  February 4, 2026

> By: */s/ Anthony I. Paronich*
> Anthony I. Paronich (*pro hac vice*)
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, Massachusetts 02043
> Tel: 617-738-7080
> Fax: 617-830-0327
>
> *Attorneys for Plaintiff*

Dated:  February 4, 2026          **AUTOWEB, INC..**

> By:   */s/ Tatevik Davtyan*
> Tatevik Davtyan
> Corporate Secretary

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that each of the other signatories have concurred in the filing of this document.

*/s/ Anthony I. Paronich*

---

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:26-CV-00039-YGR