UNITED STATES DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>AUTOWEB, INC.,<br><br>       Defendant | Case No. 4:26-cv-00039-YGR<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1 and 7-12, Plaintiff Chet Michael Wilson and Defendant Autoweb, Inc. stipulate and declare as follows:

WHEREAS, Plaintiff filed his complaint on January 4, 2026;

WHEREAS, Plaintiff served the Complaint on January 14, 2026 (ECF No. 12);

WHEREAS, the parties previously stipulated to an extension of time for the Defendant to respond to the Complaint on or before February 25, 2026 (ECF No. 13)

WHEREAS, Defendant has just engaged litigation counsel and requires a brief additional extension to permit counsel to get up to speed.

WHEREAS, the proposed extension "will not alter the date of any event or deadline already fixed by Court order" under Local Rule 6-1(a).

NOW THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

The deadline for Defendant to respond to the Complaint will be March 4, 2026.

Dated:  February 24, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Tel: 617-738-7080
Fax: 617-830-0327
*Attorneys for Plaintiff*

Dated:  February 4, 2026                **AUTOWEB, INC.**

By:    */s/ Joshua S. Talcovitz*
Joshua S. Talcovitz, Esq.
KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
Tel: 305-929-8500
Fax: 954-206-0214
*Incoming Counsel for Defendant (pro hac vice application forthcoming)*

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 2

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that each of the other signatories have concurred in the filing of this document.

*/s/ Anthony I. Paronich*

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 3