UNITED STATES DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,

   Plaintiff,

vs.

AUTOWEB, INC.,

   Defendant

Case No. 4:26-cv-00039-YGR

PLEADING TITLE

### **Notice of Settlement**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated:  March 25, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice)*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Tel: 617-738-7080
Fax: 617-830-0327
*Attorneys for Plaintiff*

DEFENDANT'S NAME - 1