**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Chet Michael Wilson,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AUTOWEB, INC.,**<br><br>　　　　Defendant. | Case No.: 4:26-cv-00039-YGR<br><br>**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 15 |

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement. (Dkt. No. 15.)

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **July 17, 2026,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:   April 15, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**