Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AUTOWEB, INC.<br><br>*Defendant.* | Case No. 4:26-cv-00039-YGR |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**PLAINTIFF**, individually and on behalf of all others similarly situated,

DATED this 17th day of April, 2026.

By: */s/ Anthony Paronich*
   Anthony I. Paronich, *Pro Hac Vice*
   anthony@paronichlaw.com
   PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, Massachusetts 02043
   Telephone: (617) 738-7080
   Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

CLASS ACTION COMPLAINT

-2-