Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AUTOWEB, INC.<br><br>*Defendant.* | Case No. 4:26-cv-00039-YGR |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**TO REOPEN CASE AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff's Motion to Reopen Case and for Leave to File First Amended Complaint having been considered, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. This action is REOPENED and restored to the Court's active docket;

3. Plaintiff is granted leave to file the First Amended Complaint attached to the Motion as Exhibit 1; and

4. The First Amended Complaint shall be deemed filed as of the date of this Order.

IT IS SO ORDERED.


DATED: _____


_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE