UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHET MICHAEL WILSON,**
Plaintiff,
v.
**AUTOWEB, INC.,**
Defendant.

Case No.: 4:26-cv-00039-YGR

**ORDER DENYING MOTION TO LIFT STAY**

Re: Dkt. No. 19

The proposed Motion to Lift Stay re Complaint (Dkt. 19) is **DENIED**. As movant is aware, on April 15, 2026, the Court conditionally closed the case for the filing of a stipulation of dismissal with prejudice. (Dkt. No. 17.) On April 17, 2026, plaintiff filed a Notice of "Voluntary Dismissal with Prejudice." (Dkt. No. 18.) Thus, the action has been dismissed. Theoretically, movant may have a motion to enforce the settlement, however, the Court is unaware of the terms of settlement. Alternatively, movant may have a separate action for new claims. In either event, a legal basis does not exist to reopen this case based on the pending motion.

This terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated: May 21, 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California